dresses which he left with her, asking her to sell such of them as she could. Officers came to the house and got the garments. The owner of the store in San Angelo identified same as his property and as having been stolen in May. Appellant was charged with receiving and concealing the property of an unknown owner. It was shown by the testimony of the grand jury that they were unable to ascertain from whom appellant got the property. He took the stand as a witness in his own behalf and testified that the property belonged to a man named Tuller who got him (appellant) to turn same over to Mrs. King to be sold by her. The jury evidently did not believe appellant's story as to the purpose for which he received the property from Tuller. They had a right to reject his testimony.

We find in the record no bill of exception complaining of any matter of procedure. We think the testimony sufficient to support the verdict.

Finding no error in the record, the judgment will be affirmed.

■

**Robert Louis ROBINSON v. STATE.**

No. 15984.

Court of Criminal Appeals of Texas.

March 29, 1933.

Wallace Hughston, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawfully carrying a pistol; punishment assessed at confinement in jail for one month.

Appellant has filed in this court his affidavit stating that he no longer desires to prosecute his appeal.

Upon that information the appeal is ordered dismissed.

■

**Robert Louis ROBINSON v. STATE.**

No. 15985.

Court of Criminal Appeals of Texas.

March 29, 1933.

Wallace Hughston, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Aggravated assault is the offense; penalty assessed at a fine of $25.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

■

**Frank SHIELDS v. STATE.**

No. 15732.

Court of Criminal Appeals of Texas.

March 29, 1933.

G. W. Dunaway, of Midland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for forgery; punishment, two years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The matters of procedure being regular, and no error appearing, the judgment will be affirmed.